UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AARON ABADI,

                Plaintiff,

         -v-

CITY OF NEW YORK,

                Defendant.

21 Civ. 8071 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a letter from defendant the City of New York (the "City") arguing that the portions of plaintiff Aaron Abadi's complaint challenging the Key to NYC program are now moot, because Mayor Eric Adams has lifted the vaccination requirements for restaurants, indoor gyms, and places of entertainment and recreation. Dkt. 30. Abadi responded, contesting the City's claim of mootness. Dkt. 31.

    Because the Court's Opinion and Order denying Abadi's preliminary injunction, Dkt. 24, is currently pending on interlocutory appeal, *see* Dkt. 28, and addressing the City's motion to dismiss the amended complaint, Dkt. 25, would substantially rely on the legal analysis in that opinion, the Court will hold the motion to dismiss in abeyance.

    SO ORDERED.

Dated:   March 14, 2022
            New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge