**MANDATE**

S.D.N.Y. – N.Y.C.
21-cv-8071
Engelmayer, J.
Cott, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of June, two thousand twenty-two.

Present:
  Debra Ann Livingston,
   *Chief Judge,*
  José A. Cabranes,
  Michael H. Park,
   *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2022

Aaron Abadi,

   *Plaintiff-Appellant*,

v.                   22-268

City of New York,

   *Defendant-Appellee*.

Appellant, pro se, moves for leave to proceed in forma pauperis and a stay. Upon due consideration, it is hereby ORDERED that the motions are DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

         FOR THE COURT:
         Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/14/2022