UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AARON ABADI,

                Plaintiff,

  -against-                                21 **CIVIL** 8071 (PAE)

                                                **JUDGMENT**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 15, 2022, and for substantially the same reasons reviewed in the Court's opinion denying Abadi's motion for a preliminary injunction, see Dkt. 24, the Court has granted the City's motion to dismiss Abadi's claims, with prejudice. See Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000); accordingly, the case is closed.

**Dated:**  New York, New York

       July 18, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                              **BY:**    *K. Mango*

                                                       **Deputy Clerk**